IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL RIVERA, | * | |
| Plaintiff, | * | |
| v. | * | 1:15-CV-04406-ELR |
| STAND, INC., | * | |
| Defendant. | * | |

**O R D E R**

On March 17, 2016, the Court granted the parties' Joint Motion for Settlement Approval. (Doc. No. 9.) Having approved the settlement, the Court hereby **DISMISSES** this action **WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 12th day of April, 2016.

Eleanor L. Ross
United States District Judge
Northern District of Georgia